**FILED**

2019 Nov-19 PM 02:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

1983

Circuit Court of Chilton County Al )
*Plaintiff*

*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2019 NOV 18 ⊃ 12: 18

U.S. _____ COURT
N.D. OF ALABAMA

Case No. __14-DC-2019-000599.00__
*(to be filled in by the Clerk's Office)*

W:19-CV-1874-KOB-JEO

William Larry Moore
*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

## I.   The Parties to this Complaint

### A.   The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name           WILLIAM LARRY moore

All other names by which
you have been known:    None

ID Number          319370

Current Institution    Hamitton A&T

Address           223 SASSER Dr

Hamilton _____ Al _____ 35507
       *City*                  *State*       *Zip Code*

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed
below are identical to those contained in the above caption. For an individual defendant, include the
person's job or title *(if known)* and check whether you are bringing this complaint against them in their
individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                    SiBleY Reynolds

Job or Title *(if known)*    JuDGE

Shield Number

Employer            StatE of Alabama / JuDGE

Address

                   Clanton _____ Al _____ 35045
                      *City*          *State*    *Zip Code*

☐ Individual Capacity    ☑ Official Capacity

Defendant No. 2

Name                    GlenN McGriff

Job or Title *(if known)*    Circuit ClERK

Shield Number          P.O. Box 1946

Employer            Courthouse of Clanton Al

Address           CHilton Court House

                   ClaNton _____ Al _____ 35045
                      *City*          *State*    *Zip Code*

☐ Individual Capacity    ☑ Official Capacity

2

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| _____ | _____ | _____ |
| *City* | *State* | *Zip Code* |

☐ Individual Capacity ☐ Official Capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| _____ | _____ | _____ |
| *City* | *State* | *Zip Code* |

☐ Individual Capacity ☐ Official Capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

deprivation of Right, Denial of court to Run
Currcent with time I am Doing, on Parole violation

3

C.  Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you
    are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal
    officials?

    State Violations of time to be Run Cocurrent, and upHeld
    Sentcents on this case.

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any
    statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of
    Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant
    acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant
    acted under color of federal law. Attach additional pages if needed.

    JuDGE Has Not brought me back to court I stayed in the
    County Jail from 3/11 5 I was there 26 Days and a Bund reduction
    They Kept me in a back room to court was over with and I never
    went to court.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial Detainee

☐  Civilly committed detainee

☐  Immigration detainee

☑  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other
   *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved
in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to
include further details such as the names of other persons involved in the events giving rise to your
claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write
a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they
    arose.

    They arose At my house. on 3/11/19. They were there
    to search my house. the Parole and Sgt of county Jail. They had
    No right to search his house.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

    _____

    _____

4

C.  What date and approximate time did the events giving rise to your claim(s) occur?

3/11/19  the time it happened was at 4:02 Pnot 10:30

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was at home Alone, when they went into my landlords then came to where I lived and searched my house and they found Nothing.

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

NONE

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

to restate parole & give me $90,000 thousand Dollars for pain and suffering.

5

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Clanton County Jail

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

_____

_____

6

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐   Yes

☑   No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐   Yes

☑   No

E.   If you did file a grievance:

1.   Where did you file the grievance?

_____

2.   What did you claim in your grievance?

_____

3.   What was the result, if any?

_____

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I Bonded out in clanton and took to walker
County Jail to be violated. on my parolebation.
after that I went to Prison I filed for a fast
and seddy trial. I am sending you Paper Work on the
Case of parole vilation, and also Paperwork on the
Chilton Couny Jail case.

_____

_____

7

Attached

I filed motions on grounds they went in my landlord's house.
and took his 2 gun. I filed a motion to through this case
Out. The Parole officer had no right to go in my landlord's
house. and they had no search warrent to search his house.
I Gave them permission to search my house. His house is in
front. And my house is in the back. There is no way to get
in his house from mine because it is a split level home. I
Explained this to them in the motions filed. That is why

They violated my rights in Every way possible.
I have 2 witness my neice and sister in law. You Can Contact 205-
Ex 2 they was there but I Never went to court. The were there looking 275-1137
for me.   Tammy moore
When I got in Kilby correction on the first day and   witness Tanya moore
the following week I went to the law library and
filed it to the clerck of the court. I have not
heard from him in almost 6 months. I have called
Him for my fasan speddy trail. But he Never applyed
to me. I stated to him I was in walker county jail but
he never reapply to me. They had plenty time to carry
me to court but I have not heard from them. I have
wrote to them 6 or 7 times to the clerk of the court
But Never heard f Circuit Clerk Glenn mcgriff.
he has viloted my rights for the wont let me know or
giving me a court hearing that is crule and unussal
punishment.

Ex 3
On the facts on this that this is all True facts
I am asking for a 12 man Jury Trial. Because
I know I am truful of what happened.

3/11/2019 10:42 AM
14-DC-2019-000593.00
CIRCUIT COURT OF
CHILTON COUNTY, ALABAMA
GLENN MCGRIFF, CLERK

| State of Alabama | ADVICE OF RIGHTS ON INITIAL |
| Unified Judicial System | APPEARANCE BEFORE JUDGE OR MAGISTI |
| Form C-81          11/91 | (Felony) |

## IN THE DISTRICT COURT OF CHILTON COUNTY, ALABAMA

X STATE OF ALABAMA

VS   **WILLIAM LARRY MOORE**                    Defendant

**DEFENDANT'S COPY**

This is a first appearance hearing.   You are charged with committing the felony offense(s) of FELON IN POSS OF FIREARM,   CLASS C FELONY, 1 YR & DAY – 10 YRS/$15,000 FINE, ILL POSS PRESCRIPTION DRUG, CLASS A MISO., UP TO 1 YR/$6,000 FINE.   In This Court in violation of 13A-11-72(A), 32-23-007.   The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you.   At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you.   If you are before the Court on a complaint following a warrantless arrest the judge or magistrate will determine whether there is probably cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person.   In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney.   You have a right to have your own attorney and will be given time and opportunity to retain an attorney.   If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation.   It will be necessary for you to complete an indigent questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family or friends, and if necessary, reasonable means will be provided in order to enable you to do so.   You have the right to remain silent.   Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged.   You must make this demand within (thirty) 30 days of the date of arrest.   If a hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further consideration by a grand jury.   If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.
2.) Refrain from committing any criminal offense.
3.) Not depart from the state of Alabama without the leave of the Court having jurisdiction of this case.
4.) Promptly notify the Court of any change of address or phone number.
5.) Other conditions:_____

The provisions of the Release Order may be revoked or modified by the Court for cause.   The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal or conviction on the charges, unless sooner revoked or modified by the Court.   Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

Date:_____3-11-19_____              _____
                                                                            Judge/Magistrate

*I have read or have been advised of the matters herein set forth.   I understand the explanation of procedures, rights, and information given to me at the Initial Court Appearance.   I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein.   I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

Date:___3 11 19_____                          X_W illiam Myrk_____
                                                                    Defendant

## Alabama Department of Corrections
## Classification Inmate Summary
### AIS 00319670S MOORE, WILLIAM LARRY

CLAS091

**AIS:** 00319670S        **Prev/Next:**

**Inmate:** MOORE, WILLIAM LARRY

**Legal:**

**R/S:** WM   **Dob:**                    **SSN:**

**Inst:** 060 - HAMILTON A & I  BED #: D1-6B

**Admit:** 05/23/2019  10 - NEW COMIT FROM CRT W/REV OF PROB

**Status:** 10 - NEW COMIT FROM CRT W/REV OF PROB

**Jail:** 000Y 02M 23D              **Retro CRT:** NONE

**Security:** (4) Four              **MH:** A        **HC:** 1

**Custody:**    MED-3   **Custody Date:** 08/15/2019        **Parole Review Date:** * NONE *

**Alias:**

**IMAS:**   No Current Status Entered in IMAS

**Class Date:**   06/29/2019

CLASS II - EARNS 40 DAYS FOR EACH 30 SERVED

| Total Term | Min Rel Dt | GoodTime Bal | GoodTime Rev | Dead Time | Long Date |
|---|---|---|---|---|---|
| 15Y 0M 0D | 10/29/2023 | 000103 Days | 000000 Days | 00Y 00M 00D | 02/28/2034 |

**Inmate Literal:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Offenses for 00319670S**

| Seq | County | Sent Dt | Case Nbr | Fees | Hab Off | | PTS | JL-CR | Term | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WALKER | 05/23/2019 | CC2016000077 | 1512.00 | N | | 0 | 83 | 15Y 0M 0D | CS |
| | 575C - VIOLATION OF SEX OFF REGIS LAW | | | | | | | | | |
| 2 | WALKER | 06/04/2019 | DC2016900783 | 3307.00 | N | 0 | 0 | 19 | 0Y 60M 0D | CC |
| | 808B - DIST CONTROL SUBSTANCE | | | 2 CTS (1&2); FURN CONT SUBST | | | | | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Detainer Warrants for 00319670S**

Inmate Currently has NO ACTIVE Detainer Warrants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Probations, Escapes and Paroles for 00319670S**

No Probations          No Escape Sentences          No Escapes          No Parole Releases

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Disciplinaries for 00319670S**

Inmate Currently Has NO Disciplinary/Citation Records

| ACR359 | **ALABAMA JUDICIAL DATA CENTER**<br>**WALKER COUNTY**<br>**TRANSCRIPT OF RECORD**<br>**CONVICTION REPORT** | | **Transcript #:** 00395647<br>**Status:** New<br><br>6400CC2016000077.00 |
|---|---|---|---|

| CIRCUIT COURT OF WALKER COUNTY | | **COURT ORI:** 064015A | |
|---|---|---|---|

| STATE OF ALABAMA VS. | ALIAS: | | DC NO: | 6400DC201490059800 |
|---|---|---|---|---|
| MOORE, WILLIAM LARRY | ALIAS: | | GJ: | 14 |
| 176 SAM AARON ROAD | AIS: | 000000 | SSN: | 361623183 |
| NAUVOO | AL 35578 | SID: | | |

| DOB: ▮ | SEX: M | HT: 6 ft 0 in | WT: 220 lbs | HAIR: WHT | EYE: BLU |
|---|---|---|---|---|---|
| RACE: W | COMPLEXION: | | AGE: ▮ | FEATURES: | |

| DATE OF OFFENSE: 11/6/2014 | | ARREST DATE: 11/6/2014 | | | ARREST ORI: 064015A | |
|---|---|---|---|---|---|---|

| # | CHARGES AT CONVICTION | UDCS | STATUE | COUNTS | CLASS | COURT ACTION | CA DATE |
|---|---|---|---|---|---|---|---|
| 1 | SORNA VIOLATION | | 015-20A-010 | 001 | C | Guilty Plea | 7/28/2017 |

| JUDGE: DOUG FARRIS | | PROSECUTOR: ADAIR WILLIAM REID JR. | |
|---|---|---|---|

| 15-18-8, CODE OF ALA 1975<br>NO | Charge 1 | IMPOSED<br>Y \| M \| D | SUSPENDED<br>Y \| M \| D | TOTAL<br>Y \| M \| D | JAIL CREDIT<br>Y \| M \| D |
|---|---|---|---|---|---|
| | Confinement | 15\|0\|0 | 0\|0\|0 | 15\|0\|0 | 0\|0\|83 |
| | Probation | 0\|0\|0 | 0\|0\|0 | 0\|0\|0 | 0\|0\|0 |
| | Enhancement | 0\|0\|0 | | | |
| | | Date Sentenced 7/28/2017 | | Sentence Begins 5/23/2019 | |
| | Tech VIO | Prob Applied | N/A | Prob Granted | N/A |
| | Not Applicable | Prob Revoked | 5/23/2019 | Rearrested | N/A |

| PROVISIONS | COST/RESTITUTION | ORDERED | DUE |
|---|---|---|---|
| Concurrent Sentence | TOTAL | $1,662.00 | $1,512.00 |
| Crime Victim Assessment | | | |
| Penitentiary | | | |

| APPEAL DATE | SUSPENDED DATE | AFFIRMED DATE | REARREST DATE |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| CLERK REMARKS: | DOC REMARKS: |
|---|---|

**OPERATOR:** AMY.WILLIAMS
**PREPARED:**

THIS IS TO CERTIFY THAT THE ABOVE
INFORMATION WAS EXTRACTED FROM OFFICIAL
COURT RECORDS AND IS TRUE AND CORRECT.

SUSAN ODOM