# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | |
|---|---|
| WILLIAM LARRY MOORE,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CIRCUIT COURT OF CHILTON  )<br>COUNTY, et al.,  )<br>  )<br>  Defendants.  ) | Case No.: 6:19-cv-01874-KOB-JEO |

## ORDER OF TRANSFER

The plaintiff, William Larry Moore, filed this action pursuant to 42 U.S.C. § 1983, concerning events which occurred in Chilton County, Alabama. (Doc. 1). On December 9, 2019, the magistrate judge entered a report and recommendation that this action be transferred to the United States District Court for the Middle District of Alabama. (Doc. 3). Although the court advised the plaintiff of his right to file specific written objections within fourteen days, he signed the copy of the report and recommendation sent to him and returned it to the court, which the court construes as consent to the transfer of this action. (Doc. 4).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, the magistrate judge's report is **ADOPTED** and his recommendation is **ACCEPTED.** The court **ORDERS** that this action be and hereby is **TRANSFERRED** to the

United States District Court for the Middle District of Alabama, pursuant to 28 U.S.C. § 1404(a).

**DONE** and **ORDERED** this 9th day of January, 2020.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE