IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILLIAM LARRY MOORE,          )
                              )
    Plaintiff,                )
                              )     CIVIL ACTION NO.
    v.                        )       2:20cv55-MHT
                              )            (WO)
CIRCUIT COURT OF CHILTON      )
COUNTY, AL, et al.,           )
                              )
    Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining of the violation of his constitutional rights in connection with a search of a house.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to pay the initial filing fee.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of May, 2020.

                                 /s/ Myron H. Thompson  
                            **UNITED STATES DISTRICT JUDGE**